UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Vasiliy Vasilik                    :         Case #: 09-64155
       Irina Vasilik

                                            :         Chapter 13

                                            :         Judge Preston

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 1, 2010                    /s/ Frank M. Pees_____
                                                 Frank M. Pees
                                                 Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Vasiliy Vasilik. | $474.44 |
| Irina Vasilik | |
| 8692 Edgewater Ave. | |
| Galloway, OH 43119 | |